IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRENTONIOUS ROBINSON                                                            PLAINTIFF

v.                                              Case No. 4:21-cv-4055

JON VAN METER                                                                   DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Withdraw (ECF No. 14) a prior motion. Defendant seeks to have his prior Motion to Dismiss Case (ECF No. 8) withdrawn. Defendant states that the issue of insufficient service of process underlying his prior motion to dismiss has been resolved and Defendant consequently requests that the motion to dismiss this matter be withdrawn. Defendant also requests that the Court allow him twenty-one (21) days from the date of the instant motion to file an answer to Plaintiff's complaint. The instant motion was filed on October 26, 2021.

Upon consideration, the Court finds that Defendant's Motion to Withdraw (ECF No. 14) should be and hereby is **GRANTED**. Defendant's Motion to Dismiss Case (ECF No. 8) is hereby **WITHDRAWN**. Per his request, Defendant has until November 16, 2021, to file an answer to Plaintiff's complaint.

**IT IS SO ORDERED**, this 3rd day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States Magistrate Judge