IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRENTONIOUS ROBINSON                                                    PLAINTIFF

v.                                  Case No. 4:21-cv-4055

ALLEN JOHNSON
and JOHN VAN METER                                                      DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Attorneys of Record filed by the attorneys for Plaintiff. ECF No. 19. The attorneys, Scott H. Palmer and James P. Roberts, move for the Court's permission to withdraw as counsel for Plaintiff pursuant to Local Rule 83.5(f). The attorneys state that they have been unable to contact their client for a significant period of time and that all means of communication have failed. The attorneys sent a letter to Plaintiff on January 5, 2022, stating that if Plaintiff did not respond by January 12, 2022, they would release Plaintiff's file. The attorneys indicate that Plaintiff has not responded and they now request to withdraw as Plaintiff's counsel of record.

The Court finds that it cannot grant this request. There is no indication of Plaintiff's address or any other contact information from the record before the Court. The most specific information regarding Plaintiff's residence is that he is a resident of Miller County, Arkansas. The Court requires information regarding Plaintiff's last known address and contact information so that the Court has the means to communicate with Plaintiff once counsel has withdrawn. Accordingly, the Motion to Withdraw as Attorneys of Record (ECF No. 19) is **DENIED**. Counsel for Plaintiff may renew their request in a motion that includes Plaintiff's contact information that is lacking from the instant motion.

**IT IS SO ORDERED**, this 26th day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge