IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRENTONIOUS ROBINSON                                                                          PLAINTIFF

v.                                            Case No. 4:21-cv-4055

ALLEN JOHNSON
and JOHN VAN METER                                                                          DEFENDANTS

**<u>ORDER</u>**

Before the Court is a Motion to Withdraw as Attorneys of Record filed by the attorneys for Plaintiff.  ECF No. 21.  The attorneys, Scott H. Palmer and James P. Roberts, move for the Court's permission to withdraw as counsel for Plaintiff pursuant to Local Rule 83.5(f).  The attorneys state that they have been unable to contact their client for a significant period of time and that all means of communication have failed.  The attorneys sent a letter to Plaintiff on January 5, 2022, stating that if Plaintiff did not respond by January 12, 2022, they would release Plaintiff's file.  The attorneys indicate that Plaintiff has not responded and they now request to withdraw as Plaintiff's counsel of record.  Counsel for Plaintiff have provided Plaintiff's address and contact information in the instant motion.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the Motion to Withdraw as Attorneys of Record (ECF No. 21) is hereby **GRANTED**. The Clerk of Court is **DIRECTED** to terminate attorneys Scott H. Palmer and James P. Roberts as counsel of record for Plaintiff.  Withdrawing counsel shall send or provide Plaintiff a copy of his case file within seven (7) days of the entry of this Order.

In addition, the Court observes that this withdrawal leaves Plaintiff without counsel of record in this action.  In light of the foregoing, the Court hereby **STAYS** the deadlines set forth in the Final Scheduling Order (ECF No. 18) for sixty (60) days, measured from the entry of this

Order. Plaintiff shall have thirty (30) days from the entry of this Order to obtain new counsel or otherwise indicate his desire to proceed *pro se*. If Plaintiff fails to obtain new counsel or otherwise indicate his desire to proceed *pro se* within this period, the Court will assume that he intends to proceed *pro se* in this matter. The Clerk of Court is **DIRECTED** to send Plaintiff a copy of this Order, as well as the Manual for *Pro Se* Litigants, to the following address: Trentonius Robinson, 1406 Pecan St., Wake Village, Texas 75501. The Clerk of Court shall enter this address, as well as Plaintiff's phone number, (903) 949-0564, as Plaintiff's contact information in the CM/ECF system.

    **IT IS SO ORDERED**, this 28th day of January, 2022.

                                               /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               Chief United States District Judge