IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRENTONIUS ROBINSON                                                                                    PLAINTIFF

v.                                            Case No. 4:21-cv-4055

JOHN VAN METER                                                                                         DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Compel. ECF No. 23. Plaintiff has not responded, and the time to do so has passed. *See* Local Rule 7.2(b).

On August 27, 2021, Plaintiff filed this action against Defendant pursuant to 42 U.S.C. § 1983. ECF No. 3. Plaintiff claims that Defendant violated his Fourth Amendment rights through the use of excessive force. *Id*. at p. 8-12. On December 6, 2021, Defendant sent his First Set of Interrogatories and Requests for Production of Documents to Plaintiff's counsel. ECF No. 23-1. On January 19, 2022, counsel for Plaintiff filed their first request to withdraw their representation. ECF No. 19. After renewing their motion (ECF No. 21), the Court granted Plaintiff's counsel's request to withdraw. ECF No. 22. On April 1, 2022, counsel for Defendant sent a copy of the prior discovery request directly to Plaintiff due to his counsel's withdrawal. ECF No. 23-2. Defendant states that Plaintiff has not provided any responses to the April 1 discovery request or communicated with counsel for Defendant in any manner. Therefore, Defendant requests an order from the Court compelling Plaintiff to provide the requested discovery within ten (10) days of the requested order.

Interrogatories and requests for production of documents served on a party must generally be responded to in writing within thirty days of being served. *See* Fed. R. Civ. P. 33(b)(2); 34(b)(2)(A). A party objecting to interrogatories or requests for production of documents needs

to specify the reason for any objection. *See* Fed. R. Civ. P. 33(b)(4); 34(b)(2)(B). A party may specifically request a court to compel the production of documents requested pursuant to Rule 34 after a party fails to produce them or permit inspection of the documents. *See* Fed. R. Civ. P. 37(a)(3)(B)(iv).

The Court finds that Plaintiff has failed to comply with Defendant's discovery requests and that an order compelling production of the requested material is necessary. Plaintiff has not responded in any way to discovery requests sent over ninety (90) days ago and has not provided good cause for the lack of production or communicated with Defendant in any way. *See* Fed. R. Civ. P. 33(b)(4); 34(b)(2)(B). Accordingly, the Court finds that Defendant has shown good cause for the instant motion and that Plaintiff must be compelled to produce the requested discovery.

For the reasons stated above, the Defendant's Motion to Compel Discovery (ECF No. 23) is hereby **GRANTED**. Plaintiff must respond to the interrogatories and produce the requested documents within ten (10) days of this order.

**IT IS SO ORDERED**, this 12th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge